# United States District Court

_____ DISTRICT OF _____

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

V.

Eastern States Equipment Rental Corp.,
Defendant

and

Milford National Bank and Trust Co.,
Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03cv12241 JLT

TO: (Name and address of defendant)

Eastern States Equipment Rental Corp.
18A Wolcott Street
Hyde Park, MA 02136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  NOV 1 3 2003

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

January 30, 2004

I hereby certify and return that on 12/29/2003 at 10:58:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to B. Gallaghar, Office Mgr, agent, person in charge at the time of service for Eastern States Equipment Rental Corp., at , 18A Wolcott Street, Hyde Park, MA 02136. Basic Service Fee (IH) ($35.00), Conveyance ($3.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.00

Deputy Sheriff David B. Isberg                                       Deputy Sheriff

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date              Signature of Server

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure