UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>EASTERN STATES EQUIPMENT RENTAL CORP., Defendant<br><br>and<br><br>MILFORD NATIONAL BANK AND TRUST CO., Trustee | C.A. No. 03-12241 JLT |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs William J. Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, request the Clerk to enter the default of Eastern States Equipment Rental Corp. (hereinafter "Eastern"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on November 13, 2003.

2) Complaint was served on defendant Eastern on December 29, 2003.

3) Defendant Eastern has not filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

*/s/ Anne R. Sills*
_____
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## VERIFICATION

I, Anne R. Sills, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

*/s/ Anne R. Sills*
_____
Anne R. Sills, Esquire

Dated: March 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by certified and first class mail upon defendant Eastern States Equipment Rental Corp. at 18A Wolcott Street, Hyde Park, MA  02136 this 12th day of March, 2004.

*/s/ Anne R. Sills*
_____
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-313/complt.doc

2